FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Carlos Nunez-Vega<br><br>        Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)<br><br>5:20-CR-00096-SP |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  [X]  the appearance of defendant as required; and/or

    (B)  [X]  the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

that is he not a danger to the community.

Defendant's extensive non-compliance with the terms of his supervised release, including, specifically, sustaining new arrests for residential burglary, DUI, and alien smuggling support the Court's finding of danger.

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will appear at future proceedings in this matter. Defendant absconded to Mexico while still on supervised release for nearly seven months without informing USPO. Defendant also has a prior fialure to appear in connection with a traffic violation

IT IS ORDERED that defendant be detained.

DATED: 4/6/22

*John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE